Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN P. O'BRYANT,<br><br>　　　　　Defendant. | NO. CR05-5681RBL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DATE |

Upon the stipulation of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the facts set forth in the stipulated motion of the parties, which are hereby incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to February 27, 2006, at 9:00 a.m.  The period of delay resulting from this continuance from October 31, 2005, to the new trial date of February 27, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

//

//

//

ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S. v. O'Bryant, CR05-5681RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1   IT IS FURTHER ORDERED that the pretrial motions due date be extended to
2   January 9, 2006, and the pretrial conference set for February 14, 2006, at 9:00 a.m.
3
4   IT IS SO ORDERED this 3rd day of October, 2005.

5                                                 RONALD B. LEIGHTON
                                                  UNITED STATES DISTRICT JUDGE
6   Presented by:
7
    s/ Stephan Illa   *
8   STEPHAN ILLA
    Attorney for Defendant
9   Benjamin P. O'Bryant
    *Telephonic Approval
10

11
    s/ Michael Dion
12  MICHAEL DION
    Assistant United States Attorney
13  WSBA #31239
    United States Attorney's Office
14  1201 Pacific Avenue, Suite 700
    Tacoma, Washington 98402-4305
15  Telephone: (253) 428-3824
    Facsimile: (253) 428-3826
16  E-mail: michael.dion@usdoj.gov

ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S. v. O'Bryant, CR05-5681RBL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800